UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| PLAINTIFF | CR 07-00060 |
| v. | |
| Justin Paperny | DECLARATION RE PASSPORT |
| DEFENDANT. | |

I, __Justin Paperny__ (Defendant), declare that

☒ I do not currently possess any passport(s). I will not apply for the issuance of a passport during the pendency of this case.

☐ I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the Clerk of the Court. I will not apply for the issuance of a passport during the pendency of this case.

☐ My passport is in the possession of federal agents. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the Clerk of the Court. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __12__ day of __Feb__, 20__07__
at __Los Angeles Ca__
(City and state)

_____
Signature of Defendant

CR-37 (01/06)                DECLARATION RE PASSPORT