P-SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR 07-0060 RGK |
| v. | |
| Justin Paperny | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 |
| DEFENDANT(S). | (Related Criminal Case) |

The above-entitled case may be related to case number:  CR 06-319 SVW ,
case title: United States of America v. Keith Gilabert
because of the reason(s) set forth in the attached Notice of Related case.

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

MAR - 2 2007                    Stephen V. Wilson
_____            _____
Date                           United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____            _____
Date                           United States District Judge

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials   SVW   after the case number in place of the initials of the prior judge, so that the case number will read   CR 07-0060 SVW  .
This is very important because documents are routed to the assigned judges by means of these initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☑ Western   ☐ Southern   ☐ Eastern Division.

Subsequent documents must be filed at the: ☑ Western   ☐ Southern   ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.

cc: ☐ PSALA   ☐ PSASA   ☐ PSAED   ☐ USMLA   ☐ USMSA   ☐ USMED   ☐ Judge   ☐ Statistics Clerk

CR-59 (07/05)        ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Criminal Case)

MAR - 1 2007