# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR 07-00060 |
| JUSTIN PAPERNY | |
| DEFENDANT(S). | **WAIVER OF INDICTMENT** |

I, JUSTIN PAPERNY, the above-named defendant, who is accused of 18 USC sec 371: CONSPIRACY TO COMMIT MAIL FRAUD, WIRE FRAUD AND SECURITIES FRAUD

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/12/07__ prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_/s/ J. Paperny_
Defendant

_/s/ Joel M. Athey_
Counsel for Defendant

Before _/s/ Carolyn Turchin 2/12/07_
Judicial Officer   CAROLYN TURCHIN

WAIVER OF INDICTMENT

CR-57 (05/00) [AO 455 Rev. 5/85]   Page 1 of 1