Robert L. Corbin, SBN 075445 (rlcorb@corbfitzlaw.com)
Joel M. Athey, SBN 214399 (jathey@corbfitzlaw.com)
CORBIN, FITZGERALD & ATHEY LLP
601 West Fifth Street, Suite 1150
Los Angeles, California 90071-3197
Telephone: (213) 612-0001
Facsimile: (213) 612-0061

Attorneys for Defendant
JUSTIN PAPERNY

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
BEONG-SOO KIM (CA Bar No. 212911)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3868
Facsimile: (213) 894-6269
E-mail: beong-soo.kim@usdoj.gov

*Corrected*

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN PAPERNY,<br><br>Defendant. | CASE NO. CR 07-00060<br><br>[~~PROPOSED~~] ORDER RE JOINT MOTION, PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 36, TO CORRECT A CLERICAL ERROR IN DEFENDANT JUSTIN PAPERNY'S JUDGMENT AND PROBATION/COMMITMENT ORDER REGARDING FINAL RESTITUTION AMOUNT |

[Proposed] Order Re Joint Motion, Pursuant to Federal Rule of Criminal Procedure 36, to Correct a Clerical Error in Defendant Justin Paperny's Judgment and Probation/Commitment Order Regarding Final Restitution Amount

Corbin, Fitzgerald & Athey LLP

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Federal Rule of Criminal Procedure 36, the Court clarifies the latent ambiguity surrounding the final restitution amount ordered to be paid by defendant Justin Paperny.

2. Paperny's total restitution amount of $510,378.70 is to be offset by $175,383.69, which represents the value of two parcels of real property seized from Paperny's co-defendant, Keith Gilabert.

3. Consequently, the final amount of Paperny's restitution is ordered to be $334,995.01.

4. This order shall not affect how the $175,383.69 offset will be distributed to either Paperny's or Gilabert's victims.

5. Any payments (past or future) towards his restitution made by Paperny shall be deducted from the final restitution amount of $334,995.01.

**SO ORDERED** this 10th day of February, 2008.

_____
THE HONORABLE STEPHEN V. WILSON
United States District Judge

[Proposed] Order Re Joint Motion, Pursuant to Federal Rule of Criminal Procedure 36, to Correct a Clerical Error in Defendant Justin Paperny's Judgment and Probation/Commitment Order Regarding Final Restitution Amount

Corbin, Fitzgerald & Athey LLP