



# **MEMORANDUM**

Date: November 3, 2008
To: Chief Deputy, Theresa Doty
From: Criminal Section
Re: **Telephone Verification of Surrender**
   Case Number: 2:07-cr-00060-SVW-1
   Case Name: USA v. Justin Paperny

On 3/7/07 (Surrrender date 4/28/08), the above-named defendant was ordered to surrender for service of a sentence of imprisonment. In order to exonerate the bond, the following verification was made as to whether the defendant is currently: being electronically monitored by the U.S. Probation Office; confined; or has completed his/her jail time:

☐ As of _____, the above-named defendant has completed jail time at _____. Verified via telephone with the following Bureau of Prisons (BOP) official: _____.

☒ As of 4/28/08, the above-named defendant is in custody at CI Taft. Verified via telephone with the following Bureau of Prisons (BOP) official: Linda Farrar, Senior Detention Enforcement Officer.

☐ As of _____, the Bureau of Prisons was unable to provide information as to above-named defendant. Verified via telephone with the following Bureau of Prisons (BOP) official: _____.

☐ As of _____, the above-named defendant has commenced his/her electronic monitoring. Verified via telephone with the following U.S. Probation Officer: _____.

☐ As of _____, the above-named defendant has completed his/her electronic monitoring. Verified via telephone with the following U.S. Probation Officer: _____.

November 3, 2008                By   Phyllis Lopez
Date                                   Deputy Clerk

CR-86 (04/98)        **TELEPHONE VERIFICATION OF SURRENDER**