# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR07-60-SVW |
| Date | May 17, 2010 |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Interpreter  N/A

| Paul M. Cruz | Deborah Gackle | Beong-Soo Kim |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Justin Paperny | X | | | Joel M. Athey | X | | X |

**Proceedings:**   PRELIMINARY REVOCATION OF SUPERVISED RELEASE

Case called and attorneys state their appearances. Hearing held whether defendant's tax refund in the amount of $31,989.04, from the 2003 tax year should be applied to his outstanding restitution.

The Court orders that the defendant submit the entire amount of his tax refund minus the amount of $2,160 to Gish Seiden for tax preparation fees, and $250 to the Law Offices of Corbin, Fitzgerald, and Athey, for previous services.

The defendant is further ordered to comply with the disclosure requirements outlined in the Petition on Probation and Supervised Release filed March 22, 2010.  The Probation Office is ordered to monitor defendant's credit card spending.

|  | : | 11 |
|---|---|---|
| | Initials of Deputy Clerk | PMC |

cc:  USPO
     USM
     PSLA